AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

WESTWOOD CONTRACTORS, INC )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:17-cv-00608-SCY-KK
)
R&B DRYWALL PROFESSIONALS, INC., )
WELLS FARGO BANK, NA )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WELLS FARGO BANK, NA
c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT
123 EAST MARCY STREET, SUITE 101
SANTA FE, NM 87501


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL R. COMEAU
COMEAU MALDEGEN TEMPLEMAN & INDALL, LLP
141 EAST PALACE AVENUE
SANTA FE, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, June 05, 2017        Karen D. Hernandez
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00608-SCY-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Wells Fargo Bank, N.A.__
was received by me on *(date)* __6/5/17__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __c/o Corporation Service Co. Karen Hunt (Agent)__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Wells Fargo Bank N.A.__ on *(date)* __6/6/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __60.00__ for travel and $ _____ for services, for a total of $ __64.99__ 0.00.

I declare under penalty of perjury that this information is true.

Date: __6/6/17__

_____
Server's signature

__Patricia Maestas__
Printed name and title

__102 E. Water Street Ste 8 SF, NM 87501__
Server's address

Additional information regarding attempted service, etc: